[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15683
Non-Argument Calendar
_____

D.C. Docket No. 4:15-cr-00020-CDL-MSH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STACIE E. LEIPOLD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(December 15, 2016)

Before ROSENBAUM, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jonathan Dodson, appointed counsel for Stacie E. Leipold in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Leipold's conviction and sentence are **AFFIRMED**.